

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO

| | | |
|---|---|---|
| RODERICK MORRISON, | ) | |
| | ) | No. 08-13-00319-CR |
| Appellant, | ) | |
| | ) | Appeal from Criminal District Court No. 6 |
| vs. | ) | |
| | ) | of Dallas County, Texas |
| THE STATE OF TEXAS, | ) | |
| | ) | (TC# F-11-56210-X) |
| State. | ) | |

## O R D E R

The reporter's record in the above styled and numbered cause was originally due November 18, 2013. No reporter's record having been filed the Court extending the due date until December 8, 2013. As of this date, the reporter's record has not been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant has been deprived of a reporter's record for any reason, including ineffective assistance of counsel, and to make appropriate findings and recommendations, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before January 18, 2014.

IT IS SO ORDERED this 18th day of December, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.